# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCELO CRESPO AGUILAR (1),<br><br>　　　　　　Defendant. | Criminal Case No. 94CR0100-H<br><br>JUDGMENT AND<br>ORDER OF DISMISSAL |

　　GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Marcelo Crespo Aguilar is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

　　IT IS SO ORDERED AND ADJUDGED.

Dated: March 19, 2015

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE